# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| **LOUIS G. JONES, JR.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 3:20-cv-00356-CLC-DCP |
| | ) |
| **FORD MOTOR COMPANY,** | )   **JURY DEMAND** |
| | ) |
|     **Defendant.** | ) |

## STIPULATION OF DISMISSAL

**COME NOW** Plaintiff, Louis G. Jones, Jr., and Defendant, Ford Motor Company, by and through the undersigned respective counsel, and stipulate to the dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    Respectfully submitted this 9th day of September, 2021.

    /s/ Ronald T. Hill
    Ronald T. Hill, (BPR # 011283)
    EGERTON, McAFEE, ARMISTEAD
    & DAVIS, P.C.
    Post Office Box 2047
    Knoxville, Tennessee 37901
    (865) 546-0500 (telephone)
    (865) 525-5293 (facsimile)
    rhill@emlaw.com
    *Counsel for Plaintiff*
    *Louis G. Jones, Jr.*


    /s/ J. Randolph Bibb, Jr.
    J. Randolph Bibb, Jr., (BPR # 009350)
    LEWIS THOMASON, P.C.
    424 Church Street, Suite 2500
    Post Office Box 198615
    Nashville, Tennessee 37219
    (615) 259-1366 (telephone)
    (615) 259-1389 (facsimile)
    rbibb@lewisthomason.com
    *Counsel for Defendant*
    *Ford Motor Company*

## CERTIFICATE OF SERVICE

       I hereby certify that on September 9, 2021 a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                               /s/ Ronald T. Hill
                                               Ronald T. Hill

2033393v2